Fill in this information to identify the case:

United States Bankruptcy Court for the:
Southern District of Texas

Case number (if known): _____    Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. Debtor's name | Joycare Therapy, LLC | |
| 2. All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | Joycare Pediatric Day Health Center | |
| 3. Debtor's federal Employer Identification Number (EIN) | 4 7 – 4 8 2 5 4 0 9 | |
| 4. Debtor's address | **Principal place of business**<br><br>6440 Sands Point Dr<br>Number       Street<br><br>Houston, TX 77074-3722<br>City                     State    ZIP Code<br><br>Harris<br>County | **Mailing address, if different from principal place of business**<br><br>Number       Street<br><br>P.O. Box<br><br>City                     State    ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number       Street<br><br>City                     State    ZIP Code |
| 5. Debtor's website (URL) | | |
| 6. Type of debtor | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ | |

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy                    page 1

Debtor    Joycare Therapy, LLC _____    Case number *(if known)* _____
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. §101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. **Check all** that apply:

 ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

 ☒ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

 ☐ A plan is being filed with this petition.

 ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

 ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

 ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.   District _____   When _____   Case number _____
                                                  MM / DD / YYYY
         District _____   When _____   Case number _____
                                                  MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes.   Debtor _____           Relationship _____
         District _____         When _____
                                                      MM / DD / YYYY
         Case number, if known _____

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                       page 2



Debtor   Joycare Therapy, LLC
         Name
                                                                                          Case number (if known) _____

| 11. Why is the case filed in *this district*? | Check all that apply: |
|---|---|
| | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
                              Number    Street

_____  _____  _____
City                              State  ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name    _____
         Phone           _____

### Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*
☑ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49          ☐ 50-99         ☐ 1,000-5,000      ☐ 5,001-10,000       ☐ 25,001-50,000      ☐ 50,000-100,000
☐ 100-199       ☐ 200-999       ☐ 10,001-25,000                         ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000              ☐ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☑ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion



Debtor  Joycare Therapy, LLC  
  Name

Case number *(if known)* _____

### 16. Estimated liabilities

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/17/2022  
  MM/ DD/ YYYY

X _/s/ Huan Le_____  
Signature of authorized representative of debtor

Printed name  Huan Le

Title  Manager

**18. Signature of attorney**

X _____  
Signature of attorney for debtor

Date  08/17/2022  
  MM/ DD/ YYYY

Printed name  Reese W. Baker

Firm name  Baker & Associates

Number  950 Echo Ln Ste 300  Street

City  Houston   State  TX   ZIP Code  77024-2824

Contact phone _____   Email address  courtdocs@bakerassociates.net

Bar number  01587700   State  TX

---

Official Form 201   **Voluntary Petition for Non-Individuals Filing for Bankruptcy**   page 4

Fill in this information to identify the case:

Debtor name __Joycare Therapy, LLC__

United States Bankruptcy Court for the: __Southern District of Texas__

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 202

### Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __08/17/2022__
       MM / DD / YYYY

X _/s/ Huan Le_____
Signature of individual signing on behalf of debtor

__Huan Le_____
Printed name

__Manager_____
Position or relationship to debtor

Official Form B202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Aim Staffing, Inc**
9900 Westpark Dr
Houston, TX 77063-5277

**Ally Financial**
Attn: Bankruptcy
Po Box 380901
Minneapolis, MN 55438-0901

**Arvest Equipment Finance**
818 Garrison Ave 2nd Floor
Fort Smith, AR 72901

**Blaise Gibson**
16 Cornell Dr
Wyandanch, NY 11798-1206

**Chase Card Services**
PO Box 15298
Carol Stream, IL 60197

**Christian Thisgaard**
4927 Rose Canyon Ln
Katy, TX 77494-6542

**City of Houston**
Po Box 4863
Houston, TX 77210-4863

**Cottichia Burke**
5218 Prairie Terrace Ln
Fulshear, TX 77441-2199

**David Franklin**
18030 Rancho St
Encino, CA 91316-4213

**Diego Bello**
5302 La Branch St
Houston, TX 77004-6834

**Don Tom and Judy Le**
4135 Tartan Ln
Houston, TX 77025-2920

**Excelsior Realty I, LLC**
1808 Antoine Dr
Houston, TX 77055-1842

**Fire and Life Safety**
7077 W 43rd St
Houston, TX 77092-4439

**Frederick Francis Franklin**
3501 Tiffany Ridge Ln
Blue Ash, OH 45241-3810

**Gage Medical Management Services**
Po Box 631571
Nacogdoches, TX 75963-1571

**Generators of Houston**
6106 Milwee St
Houston, TX 77092-6218

**Harrell Architects, LP**
2016 Bauer Dr
Houston, TX 77080

**Huan Le**
3750 Childress St
Houston, TX 77005-1112

**JPMorgan Chase Bank**
Collateral Mgmt Small Business
Po Box 33035
Louisville, KY 40232-3035

**Kanrad Technologies Inc**
4340 Stevens Creek Blvd Ste 162
San Jose, CA 95129-1161

**McKesson**
9954 Maryland Drive 4000
Henrico, VA 23233

**Micah Grossman**
24142 Mirabella Way
Richmond, TX 77406-4536

**Noemi Sirisaengfaksin**
8335 Mentmore Dr
Spring, TX 77379-6753

**Oona Lakeshmanan**
15311 Ripplestream St
Houston, TX 77068-1833

H L

**Peter Franklin**
1201 Taylor St
Austin, TX 78702-5333

**SBA Disaster Loan Service Center**
1545 Hawkins Blvd. Ste. 202
El Paso, TX 79925

**Shellise and Keshia Josephs**
1100 Avenue of Port Imperial 427
Weehawken, NY 07086

**The Weston Group**
10101 Southwest Fwy Ste 205
Houston, TX 77074-1142

**TruBlu HR Solutions**
350 Nursery Rd 2101
Spring, TX 77380

**U.S. Bank Equipment Finance**
1310 Madrid St
Marshall, MN 56258-4099

**U.S. Small Business Administration**
10737 Gateway Blvd W # 30
El Paso, TX 79935-4920

**Ultra Chemicals and Cleaning**
10501 Corporate Dr
Stafford, TX 77477